UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CLINTON WILLIAMS | § | |
| | § | CIVIL ACTION NO. 4:25-cv-00197-ALM |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| GON-A-C, INC. | § | |
| | § | |
| Defendant | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and will submit their dismissal documents within 30 days.

DATED: April 28, 2025                  Respectfully submitted,

                                        LAW OFFICES OF R. BRUCE THARPE
                                        PO Box 101
                                        Olmito, Texas 78575
                                        (956) 255-5111
                                        (866) 599-2596 - Fax

BY:                    */S/   R. Bruce Tharpe*
                                        R. Bruce Tharpe
                                        Texas State Bar ID No. 19823800
                                        Federal Bar ID 13098
                                        PLAINTIFF'S COUNSEL


CERTIFICATE OF SERVICE

I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon all parties of record via email notification from the Eastern District of Texas ECF system on April 28, 2025.

                                        */s/ R. Bruce Tharpe*
                                        R. Bruce Tharpe

1